IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN, | No. CIV S-11-1012-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| I. K. MAY, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3).

   Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith. For the reasons stated in the court's March 28, 2012, order dismissing this action, plaintiff failed to state a claim upon which relief can be granted.

   Accordingly, IT IS HEREBY ORDERED that:

   1. This appeal is frivolous and <u>not</u> taken in good faith;

   2. Plaintiff's in forma pauperis status is appropriately revoked; and

///

1

3. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: May 22, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE