1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBERT DUANE FRANKLIN,              No. CIV S-11-1012-CMK-P

12                  Plaintiff,

13        vs.                              <u>ORDER</u>

14   I. K. MAY, et al.,

15                  Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to the court  by the Ninth Circuit Court of Appeals

19   to certify whether the appeal is taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

20              Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in

21   good faith.  For the reasons stated in the court's March 28, 2012, order dismissing this action,

22   plaintiff failed to state a claim upon which relief can be granted.

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.      This appeal is frivolous and <u>not</u> taken in good faith;

25              2.      Plaintiff's in forma pauperis status is appropriately revoked; and

26   / / /

1

1          3.      The Clerk of the Court is directed to serve a copy of this order on the Pro

2    Se Unit at the Ninth Circuit Court of Appeals.

3

4    DATED:  May 22, 2012

5                                                    _____

6                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26